# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS G. GEORGALLIS and ELI, INC.,<br><br>　　　　　　　　　Plaintiffs,<br>　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Defendant. | CASE NO. 12-CV-2594-H-MDD<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITHOUT PREJUDICE**<br><br>[Doc. No. 28] |

On October 24, 2012, Plaintiff filed his complaint in this action against Defendant the United States of America. (Doc. No. 1.) On June 5, 2014, the parties filed a joint motion informing the Court that they reached a settlement. (Doc. No. 25.) On June 16, 2014, the parties filed a joint motion to dismiss the action without prejudice. (Doc. No. 28.)

The Court, for good cause shown, grants the parties' motion and dismisses the action without prejudice. Fed. R. Civ. P. 41(a).

**IT IS SO ORDERED**

DATED: June 18, 2014

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

- 1 -